

Christopher H. Lowe - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

June 25, 2021

VIA ECF
The Honorable Peggy Kuo, U.S.M.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Fischler v. Olly Public Benefit Corporation 1:21-cv-00097-ERK-PK

Dear Magistrate Judge Kuo:

    We represent Plaintiff Brian Fischler and submit this letter on behalf of all parties to advise the Court that a settlement has been reached, resolving this matter. The parties, accordingly, respectfully request that: (i) this matter be dismissed and discontinued without costs, and subject to Plaintiff's right to open the action within thirty days of the Court's Order if a Notice of Dismissal with Prejudice is not filed, and (ii) all existing deadlines and court conferences be adjourned *sine die*, including the July 2, 2021, 10:00 a.m., Initial Pretrial Conference.  Defendant consents to this request.

    We appreciate the Court's consideration of these requests.

    Respectfully submitted,
    LIPSKY LOWE LLP


    s/ Christopher H. Lowe
    Christopher H. Lowe

CC: Defendant (Via email)